Duration: 43 min (incl 30 min bail arg)
Proceeding via: ☐ CourtCall  ☑ AT&T

DOCKET No. 21-MJ-02350                                  DEFENDANT ANDERSON GARCIA

AUSA REBECCA DELL | JUN XIANG                           DEF.'S COUNSEL ZAWADI BAHARANYI
                                                        ☐ RETAINED  ☑ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

                                                        ☐ DEFENDANT WAIVES PRETRIAL REPORT
                                                        arrested 3/8/21 in Alabama, brought to SDNY:
☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST  4/29/21          ☐ VOL. SURR.
                                                        TIME OF ARREST  am               ☐ ON WRIT
☐ Other: _____                 TIME OF PRESENTMENT  1:58 pm

## BAIL DISPOSITION

                                                        ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE         ☑ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____   Def. has not overcome the presumption that he poses a substantial risk of
☐ AGREED CONDITIONS OF RELEASE               flight, in light of the gov't's proffer that he fled by car at the time of arrest, at
☐ DEF. RELEASED ON OWN RECOGNIZANCE          130 mph into oncoming traffic. That, as well as the violent circumstances of
☐ $_____ PRB  ☐ _____ FRP          the crimes charged, also raises a significant concern that he poses a danger to
☐ SECURED BY $_____ CASH/PROPERTY: the community.
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant advised by the Court of the right to be present, and consented to proceed by remote means.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED                   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 5/13/2021          ☐ ON DEFENDANT'S CONSENT

                                             _____
DATE: APRIL 29, 2021                         UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016